# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA ESTEVEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>THE ANTHEM COMPANIES, INC., an Indiana Corporation; BEACON HEALTH OPTIONS OF CALIFORNIA, INC., and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No. 8:21-cv-01742-JLS-KES<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT, WITH PREJUDICE (Doc. 19)** |

## ORDER

Based upon the Joint Stipulation of Dismissal of Plaintiff's Complaint, With Prejudice (Doc. 19), IT IS HEREBY ORDERED that Plaintiff Loretta Estevez's entire Complaint against Defendants The Anthem Companies, Inc. and Beacon Health Options, Inc., including all causes of action as alleged therein, is hereby dismissed with prejudice, and all parties shall bear their own attorney's fees and costs.

DATED: July 24, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE